UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VGB LIMITED,

                    Plaintiff,

          -against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   3/12/2026

23 Civ. 9933 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On April 2, 2025, Defendant filed its answer to Plaintiff's amended complaint.  *See* ECF No. 28.  Since then, Plaintiff has taken no action in this case.  Accordingly, by **March 27, 2026**, the parties are directed to file a joint letter addressing the status of discovery, any contemplated motions, and the prospect for settlement.  Plaintiff is reminded that the failure to prosecute may result in dismissal under Federal Rule of Civil Procedure 41(b).

          SO ORDERED.

Dated:  March 12, 2026
          New York, New York

_____
ANALISA TORRES
United States District Judge