**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

VGB LIMITED,

Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

--------------------------------------------------------------X

**ORDER**

**23-CV-9933 (AT) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The parties appeared for oral argument on discovery disputes outlined in the parties' joint letter at Dkt. No. 50 on October 22, 2026. For reasons stated more fully on the record, the Court orders the following:

- Defendant's request for discovery regarding OFAC sanctions is **DENIED**.
- The parties are directed to meet and confer to narrow the scope of Defendants' request for discovery regarding Champerty issues. The Court finds that investor-level communications regarding litigation in advance of the acquisition of the bonds are relevant. However, the identity of investors is not relevant. The Court is confident that with these directives, the parties can settle this dispute without further Court intervention, but if more assistance is needed the parties have leave to file a joint letter with the Court.
- The parties are directed to order a copy of a transcript from the October 22 hearing and provide a courtesy copy to the Court.

SO ORDERED.

DATED: New York, New York
October 23, 2026

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge