**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

VGB LIMITED,

Plaintiff,

Case No.: 1:23-cv-09933-AT

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

--------------------------------------------------------------X

## ~~[PROPOSED]~~ ORDER AMENDING CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order (ECF No. 31, as amended by ECF No. 41) is amended with respect to the following deadlines.

1. Fact discovery shall be completed by January 29, 2027.
2. The deposition shall be completed by January 25, 2027.
3. Requests to admit shall be served no later than January 27, 2027.
4. Any request for a pre-motion conference on summary judgment shall be filed no later than February 12, 2027 (*i.e.*, within 14 days of the close of fact discovery).

All other provisions of the Civil Case Management Plan and Scheduling Order remain unchanged and in full force and effect.

Respectfully submitted this 20th day of November 2026,

*Attorneys for Plaintiff*

COHEN TAUBER SPIEVACK & WAGNER P.C.

By: /s/ Sari E. Kolatch
Sari E. Kolatch
420 Lexington Avenue, Suire 2400
New York, NY 10170
Tel.: 212-586-5800
skolatch@ctswlaw.com

*Attorneys for Defendant*

GREENBERG TRAURIG, LLP

By: */s/ Hal S. Shaftel*
Hal S. Shaftel
John C. Molluzzo Jr.
One Vanderbilt Avenue
New York, NY 10017
Tel.: 212.801.9200
shaftelh@gtlaw.com
molluzzoj@gtlaw.com

SO ORDERED.

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge
November 23, 2026